**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Diane C. Andrews<br>Plaintiff,<br><br>v.<br><br>DAVOL INC. and C.R. BARD, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 1:08-cv-00010 |

**CROSS-NOTICE OF DEPOSITION OF CERTAIN CORPORATE REPRESENTATIVES OF DEFENDANT DAVOL INC.**

Please take notice that, in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Rule 30(b)(6) of the Rhode Island Superior Court Rules of Civil Procedure, and any applicable rules in those jurisdictions where this Notice has been or will be served, the depositions upon oral examination of certain corporate representatives of Defendant Davol Inc. will be taken on the following dates: **February 27, 2008; February 29, 2008; and March 5, 2008**. Each deposition will commence at 9:00 am at the law offices of Morrison Mahoney, LLP, 10 Weybosset Street, Suite 900, Providence, RI 02903, before a court reporter duly authorized to administer oaths. The deposition(s) will be videotaped, and they will continue from day to day until completion.

The subject matter to be addressed by the deponents is set forth in the Notice of 30(B)(6) Videotape Deposition attached hereto as Exhibit A.

Similar cross-notices are being served and/or filed in all pending cases involving the Composix® Kugel® Patch, inviting all interested parties to attend, in order to avoid duplication of effort and needless expense. All parties should be advised that Defendant Davol Inc., with this Cross-Notice, expects to present corporate witnesses for deposition on the above-referenced

depositions of the same (or similar) witnesses on the same (or similar) topics. Furthermore, these depositions may be used at trial, or upon the hearing of a motion or an interlocutory proceeding, against any party present or represented at the deposition, or against any party who had reasonable notice thereof, consistent with Rule 32 of the Federal Rules of Civil Procedure, Rule 32 of the Rhode Island Superior Court Rules of Civil Procedure, or any other applicable procedural or evidentiary rules.

So that adequate space can be arranged, please advise as far in advance as possible if you will participate to David Thomas at Spriggs & Hollingsworth, 1350 I Street NW, Washington DC 20005, dthomas@spriggs.com, (202) 898-5861. For counsel who are unable to attend the depositions in person, a telephone conference call connection to the deposition will be made available at Defendants' expense. The call-in number and passcode will be provided upon request by David Thomas. All parties are hereby notified that any counsel desiring to participate by telephone should "mute" his/her telephone so as not to disrupt the deposition for those attending in person. Counsel participating by telephone are further notified that, if attendance by telephone conference disrupts the live proceedings or otherwise impedes the depositions, the telephonic connection may be terminated so that the depositions can proceed in an orderly fashion.

Dated: February 14, 2008

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
Morison Mahoney, LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel.: (401) 331-4660
Fax: (401) 351-4420

Joe G. Hollingsworth
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 862-1639

*COUNSEL FOR DEFENDANT DAVOL, INC. AND DEFENDANT C.R. BARD, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2008, a copy of the foregoing CROSS-NOTICE OF DEPOSITION OF CERTAIN CORPORATE REPRESENTATIVES OF DEFENDANT DAVOL INC. has been made upon the following in the manner listed below:

David Macari, Esq.
Law Offices of David Macari
1285A S. County Trail
East Greenwich, RI 02818
FAX: 401.942.9419

*via facsimile and first class mail, postage prepaid*

Christine M. [signature]



522842v1
649064v1