**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Donna McCartney | CA 07-469ML |
| Terry L. Ellington | CA 07-470ML |
| James A. Knight | CA 07-471ML |
| Diane C. Andrews | CA 08-10ML |
| Doris Denise Beamon | CA 08-89ML |

**V.**

**Davol, Inc.**
**C.R. Bard, Inc.**

**ORDER**

**The above cases are related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842ML. These cases are therefore consolidated for pretrial purposes with MDL Case No. 07-1842ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-7 as well as any additional Practice and Procedure Orders entered by the Court in the future.**

**SO ORDERED:**

Mary M. Lisi
**Mary M. Lisi**
**Chief United States District Judge**
**March** 10 **, 2008**